**Order entered July 11, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00098-CR

### JAMES BERKELEY HARBIN II, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F91-22107-Q

## ORDER

Before the Court is appellant's July 9, 2018 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before August 7, 2018.

/s/     LANA MYERS
           JUSTICE